We hear the final case on the calendar, Roemer v. Booth. My name is David Roemer and I'm the Plaintiff Appellant. I was a high school teacher for a number of years and I always gave my students a handout that helped them create their own knowledge. The handout in this lesson is my request for oral argument with its seven excerpts. I have extra copies if anybody wants them. And the aim of this lesson is to understand why Abe Fortas' opinion in Epson v. Arkansas is malicious. I want to begin with Stephen Jay Gould's quote. He is saying, Catholics could believe whatever science determined about the evolution of the human body so long as they accepted that God infused the soul into such a creature. Whatever my private beliefs about soul, such a religious issue, can't threaten science. In the first place, a Catholic church does not teach God gives human beings souls. Many Catholics think the soul goes to purgatory after death, but this is just theological speculation to account for the gap between death and the second coming of Jesus. In the second place, the Catholic church teaches that we inherit the stain of original sin from our parents through sexual generation. There's nothing miraculous or supernatural about a human being until we go to heaven or are baptized. The Catholic church also teaches that we know God exists from the method of inquiry called metaphysics. A metaphysical truth is that human beings are superior to animals because we have free will and the conscious knowledge of human beings as opposed to the sense knowledge of animals. That animals can see and hear is a scientific observation, but we know we have free will and can create mental beings like the past and the future because we can make ourselves the subject of our own knowledge. This creates the paradox that all humans are equal but at the same time different from one another. The solution is that a human being is a composition of body and soul, also known as matter and form. The soul is the principle or incomplete being that makes us equal, and the body is what makes us different. We say that the human soul is spiritual because we can comprehend free will, but we can't explain what the relationship is between ourselves and our voluntary muscles. This is called the mind-body problem, and it's a mystery with the understanding that there are no mysteries in science, and science is a tremendous track record of success. There are only unanswered questions in science. A second way of saying that the human soul is spiritual is to say that human beings are embodied spirits of spirited bodies. A third way is Stephen Jay Gould's quote. Gould is saying, if you define a human being as something with a soul, human beings did not evolve from animals because the soul is not a scientific concept. I'm not objecting to the content of what Gould is saying. I'm objecting to the use of the word soul instead of free will because there's an argument for God's existence based on free will. Free will means we possess a center of action that makes us unified with respect to ourselves and different from other humans. Hence, we are finite beings. A finite being needs a cause because it's a composition of two principles or incomplete beings, essence and existence. Our essence limits our existence to make us the particular being that we are. Assuming or hoping that the universe is intelligible means that there exists a being without a limiting essence. The Chinese and Indian religions have a different terminology, but religions originating in the Near East call the infinite being God. This argument sheds light on the name God gave himself in Exodus 3.14, Yahweh in Hebrew, or it means I am who am. Concerning the Tennessee and Arkansas law against teaching human beings evolve from animals, Abe Fortas refers to the, quote, upsurge in fundamentalism. He does not mention the laws a number of states passed to legalize compulsory sterilization. Over 60,000 Americans were sterilized against their will during these times. And Oliver Wendell Holmes famously said, three generations of imbeciles is enough to justify sterilizing a carried buck. The Arkansas law makes no sense because biology textbooks don't generally talk about free will. In my pleadings, I quote from biology textbook refers to the mind-body problem as a philosophical question. Abe Fortas explicitly rejects the reasonable idea that the Arkansas law is vague. The last sentence in my excerpt from Fortas' opinion is a lie about science. Fortas is saying that according to science, human beings evolve from animals. This suit of science is evil because it undermines faith in God, which makes life meaningful and good. Meaningful because our purpose in life is to go to heaven, and good because people of faith believe the joys of heaven will make up for the sorrows and hardships of life. So if you have any questions, I'll be glad to answer them. Thank you. Thank you for your presentation. Thank you for letting me. Thank you. The court will reserve decision. The clerk will adjourn court.